# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 6, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139974

KWALA AMIN, Personal Representative of the
Estate of Sufian Amin,
       Plaintiff-Appellant,

v

                                SC: 139974
                                COA: 286502
                                Wayne CC: 07-707273-NO

MARINO S. PAPALAS TRUST, MARINO S.
PAPALAS, as Trustee and Individually, MARY
M. PAPALAS, as Trustee and Individually,
ALEXANDER PAPALAS, as Trustee, and
LOUISA M. CONCESSI PAPALAS,
          Defendants-Appellees.

_____/

     On order of the Court, the application for leave to appeal the September 29, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 6, 2010

0429

_____
Clerk